OPINION — AG — THAT SCALES WHICH ARE USED BY COTTON GINS THAT ARE SUBJECT TO LICENSING BY AND REGULATION BY THE CORPORATION COMMISSION OF OKLAHOMA ARE NOT SUBJECT TO THE PROVISIONS OF 2 O.S.H. 5-41 TO 2 O.S.H. 5-58 REQUIRING INSPECTION AND TESTING AND WEIGHING AND MEASURING DEVICES COMMERCIALLY USED. CITE: 2 O.S.H. 5-47, 2 O.S.H. 5-58, ARTICLE IX, SECTION 18 (J. H. JOHNSON)